Matter of Sierra Club v City of N. Tonawanda (2023 NY Slip Op 03135)

Matter of Sierra Club v City of N. Tonawanda

2023 NY Slip Op 03135

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ.

439 CA 22-00953

[*1]IN THE MATTER OF SIERRA CLUB, DARLENE BULLSOVER, SYLVIU DAN, JR., AND DEBORAH GONDEK, PETITIONERS-APPELLANTS,
v
CITY OF NORTH TONAWANDA, CITY OF NORTH TONAWANDA PLANNING BOARD, FORTISTAR NORTH TONAWANDA LLC, AND DIGIHOST INTERNATIONAL, INC., RESPONDENTS-RESPONDENTS. 

LIPPES & LIPPES, BUFFALO (RICHARD J. LIPPES OF COUNSEL), FOR PETITIONERS-APPELLANTS. 
PHILLIPS LYTLE LLP, BUFFALO (WILLIAM V. ROSSI OF COUNSEL), FOR RESPONDENTS-RESPONDENTS FORTISTAR NORTH TONAWANDA LLC, AND DIGIHOST INTERNATIONAL, INC.

 Appeal from a judgment (denominated order) of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered March 17, 2022 in a proceeding pursuant to CPLR article 78. The judgment, among other things, dismissed the amended petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court